IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

FILED
NOV 2 4 1999
Phil Lombardi, Clerk
U.S. DISTRICT COURT

JACK DUBBS, individually, and JACK DUBBS as Father and next Friend of TIFFANI DUBBS, a minor; FRANCISCO AGUIRRE, Individually and FRANCISCO AGUIRRE, as Father and Next Friend of JESSICA AGUIRRE, a minor; JOY BROWN, Individually, and JOY BROWN as Mother and Next Friend of MARII BROWN, a minor; KEENYA COWANS, Individually, and KEENYA COWANS as Mother and Next Friend of KEYMIYA COWANS, a minor; SHANIKA CROWLEY, Individually, and SHANIKA CROWLEY as Mother and Next Friend of KWANITA M. CROWLEY, a minor; LISA ANN DEERINWATER, Individually, and LISA ANN DEERINWATER as Mother and Next Friend of MARIA DEERINWATER, a minor; RAICHELLE LOFTIN, Individually, and RAICHELLE LOFTIN as Mother and Next Friend of QUENTEN LOFTIN, a minor; STEPHANIE PEARSON, Individually, and STEPHANIE PEARSON as Mother and next Friend of KRISTEN PEARSON, a minor; ELISHA PORTERFIELD, Individually, and ELISHA PORTERFIELD, as Mother and Next Friend of LaQUANTE PORTERFIELD, a minor; DAPHINE SUDDARTH, Individually, and DAPHINE SUDDARTH as Mother and Next Friend of RONISHA SUDDARTH, a minor,

     Plaintiffs,

vs.

HEAD START, INC., an Oklahoma Corporation; INDEPENDENT SCHOOL DISTRICT NO. 1 OF TULSA COUNTY, OKLAHOMA; COMMUNITY ACTION PROJECT OF TULSA COUNTY, OKLAHOMA, an Oklahoma Not-For-Profit Corporation; TULSA CITY-COUNTY HEALTH DEPARTMENT; KD ENTERPRISES, INC., an Oklahoma Corporation; DOE GOVERNMENT AGENTS 1 through 5; JACKIE STRAYHORN, ARNP; K. BAKER, RN; PEGGY DOE; JOHN DOES 1 through 10; and JANE DOES 1 through 10,

     Defendants.

Case No. 99CV0732 B (E)

DEFENDANT COMMUNITY ACTION PROJECT OF TULSA COUNTY, OKLAHOMA'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM <u>UPON WHICH RELIEF CAN BE GRANTED</u>

Defendant Community Action Project of Tulsa County, Oklahoma, hereby respectfully moves for the entry of an Order dismissing the plaintiffs' claims for failure to state a claim upon which relief can be granted, pursuant to the provisions of Rule 12 (b)(6) of the Federal Rules of Civil Procedure. The arguments and the authorities in support of this motion are contained in the simultaneously filed supporting brief.

Respectfully submitted,

John E. Dowdell, OBA #2460
Christine D. Little, OBA #16677
NORMAN WOHLGEMUTH CHANDLER & DOWDELL
2900 Mid-Continent Tower
Tulsa, Oklahoma 74103
(918)583-7571 (Telephone)
(918)584-7847 (Facsimile)

William S. Helfand
Mageheim, Bateman, Robinson, Wrotenbery & Helfand
3600 One Houston Center
1221 McKinney
Houston, Texas 77010
(713) 609-7700 (Telephone)
(713) 609-7777 (Facsimile)

ATTORNEYS FOR DEFENDANT, COMMUNITY ACTION PROJECT OF TULSA COUNTY, OKLAHOMA

## CERTIFICATE OF MAILING

I hereby certify that on the 24th day of November, 1999, a true and correct copy of the above and foregoing instrument was mailed to:

Christopher W. Goree, Esq.
Jack Y. Goree, Esq.
GOREE & GOREE, P.C.
6901 South Yorktown, Suite E
Tulsa, Oklahoma 74136
(918)496-3382 Telephone
(918)496-8275 Facsimile

Leah Farish, Esq.
2834 East 26th Place
Tulsa, Oklahoma 74114-4310
(918)744-4442 Telephone
(918)744-0529 Facsimile

John W. Whitehead, Esq.
Steven H. Aden, Esq.
Jennifer R. Schans, Esq.
THE RUTHERFORD INSTITUTE
P.O. Box 7482
1445 East Rio Road
Charlottesville, Virginia 22906-7482

Kenneth W. Elliot, Esq.
ELLIOTT AND MORRIS
City Plaza Building
204 N. Robinson, Twenty-Second Floor
Oklahoma City, Oklahoma 73102

Michael Pearce Atkinson, Esq.
Eric James Begin, Esq.
Marthanda J. Beckworth, Esq.
Roni Sue Rierson, Esq.
ATKINSON HASKINS NELLIS BOUDREAUX
HOLEMAN PHIPPS & BRITTINGHAM
525 South Main, Ste. 1500
Tulsa, Oklahoma 74103

J. Douglass Mann
ROSENSTEIN, FIST & RINGOLD
Park Centre
525 South Main, Suite 700
Tulsa, Oklahoma 74103-4508

Joseph Harroz, Jr., Esq.
Fred R. Gipson, Esq.
UNIVERSITY OF OKLAHOMA
HEALTH SCIENCES CENTER
OFFICE OF LEGAL COUNSEL
1000 Stanton L. Young Blvd., Room 233
Oklahoma City, Oklahoma 73190

Michael P. Atkinson
Eric J. Begin
ATKINSON, HASKINS, NELLIS, BOUDREAUX,
HOLEMAN, PHIPPS & BRITTINGHAM
1500 Park Center
525 South Main
Tulsa, Oklahoma 74103-4524

_____
John E. Dowdell

3